IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM MICHAEL SCOTT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-0124** |
| | : | |
| **TAMMY FERGUSON, THE DISTRICT ATTORNEY OF THE COUNTY OF CHESTER and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | |

**ORDER**

**NOW,** this 15th day of September, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the responses to the Petition for Writ of Habeas Corpus (Document No. 9), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document 10), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.